IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| BLUE ORIGIN FEDERATION, LLC, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> *Defendant*. ) | **21-1695 C** <br> Case No. _____ |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims (RCFC), Blue Origin Federation, LLC (Blue Origin), hereby states as follows:

(a) Blue Origin has no parent corporation and no publicly held corporation owns 10% or more of Blue Origin's stock. Blue Origin's immediate owner is Blue Origin Enterprises, L.P., and its highest level owner is Explore Holdings, LLC.

Date: August 13, 2021

Respectfully submitted;

*[signature]*
_____

Scott E. Pickens
Barnes & Thornburg LLP
1717 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20006-4623
Phone: (202) 371-6349
Email: (Scott.Pickens@btlaw.com)

*Counsel of Record for Plaintiff*
    *Blue Origin Federation, LLC*

1

*Of Counsel*

Scott N. Godes
Barnes & Thornburg LLP
1717 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20006-4623
Phone: (202) 408-6928
Email: Scott.Godes@btlaw.com

Matthew J. Michaels
Barnes & Thornburg LLP
1717 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20006-4623
Phone: (214) 566-3167
Email: Matthew.Michaels@btlaw.com