IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| BLUE ORIGIN FEDERATION, LLC, *Plaintiff*, v. UNITED STATES OF AMERICA, *Defendant.* | Case No. 21-1695 C |

**PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

Pursuant to Paragraph 17 of Appendix C of the Rules of the United States Court of Federal Claims (RCFC), Plaintiff Blue Origin Federation, LLC (Blue Origin), respectfully moves for a Protective Order in this matter consistent with the United States Court of Federal Claims Form 8, *Protective Order in Procurement Protest Cases*.  A Protective Order is necessary to comply with the Protective Order issued by the U.S. Government Accountability Office (GAO) governing use of protected material from Blue Origin's bid protest there (GAO File No. B-419783; B-419783.3), and to protect confidential, proprietary, and source selection information contained in the Complaint, and other filings and hearing transcripts in this bid protest.  The GAO's Protective Order contemplates the entry of a similar protective order by the Court to protect protected material furnished in Blue Origin's GAO bid protest.

The Complaint and related filings contain source selection sensitive information, as well as offerors' proprietary information, trade secrets, and confidential financial information, the public release of which would potentially cause offerors severe competitive harm. The administrative record in this bid protest likely will contain similarly sensitive information. Accordingly, Blue Origin respectfully requests the Court GRANT this Motion.

1

Dated:  August 13, 2021

                                        Respectfully submitted;

                                        */s/ Scott E. Pickens*
                                        _____

                                        Scott E.  Pickens
                                        Barnes & Thornburg LLP
                                        1717 Pennsylvania Avenue, N.W., Suite 500
                                        Washington, DC 20006-4623
                                        Phone:  (202) 371-6349
                                        Email:  (Scott.Pickens@btlaw.com

                                        *Counsel of Record for Plaintiff*
                                              *Blue Origin Federation, LLC*

*Of Counsel*

Scott N. Godes
Barnes & Thornburg LLP
1717 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20006-4623
Phone:  (202) 408-6928
Email:  Scott.Godes@btlaw.com

Matthew J.  Michaels
Barnes & Thornburg LLP
1717 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20006-4623
Phone:  (214) 566-3167
Email: Matthew.Michaels@btlaw.com