IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLUE ORIGIN FEDERATION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  21-1695C |
| | ) | Judge Richard A. Hertling |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of _____Anthony F. Schiavetti_____, as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

Anthony F. Schiavetti
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

s/Anthony F. Schiavetti
Anthony F. Schiavetti
Department of Justice
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7572
Facsimile:  (202) 305-2062
Email: anthony.f.schiavetti@usdoj.gov

Dated:  August 16, 2021