# In the United States Court of Federal Claims

No. 21-1695C
Filed: August 16, 2021

**BLUE ORIGIN FEDERATION, LLC,**

   *Plaintiff,*

v.

**UNITED STATES,**

   *Defendant*.

## ORDER

  The Court will hold a telephonic status conference on **August 17, 2021** at 3:00 p.m. EDT. The Court will circulate the dial-in information.

  It is so **ORDERED**.

                s/ Richard A. Hertling
                **Richard A. Hertling**
                **Judge**