# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| BLUE ORIGIN FEDERATION, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> SPACE EXPLORATION ) <br> TECHNOLOGIES CORP., ) <br> ) <br> Defendant-Intervenor. ) | Case No. 1:21-cv-01695-RAH <br> Judge Richard A. Hertling |

## PROPOSED ORDER

Pursuant to Rule 24 of the Rules of the United Stated Court of Federal Claims, Space Exploration Technologies Corp. ("SpaceX"), has moved to intervene in this bid protest action. The bid protest action challenges the National Aeronautics and Space Administration ("NASA") award to SpaceX under NASA's Broad Agency Announcement No. NNH19ZCQ001K Option A to Appendix H ("Option A BAA"). Having considered its Motion, as well as all other relevant materials, including the lack of objection by Plaintiff and Defendant, it is hereby

ORDERED that the Motion is GRANTED;

FURTHER ORDERED that SpaceX may participate in the above captioned matter as a Defendant-Intervenor.

Dated: August __, 2021

_____
Judge Richard A. Hertling