# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| BLUE ORIGIN FEDERATION, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> SPACE EXPLORATION ) <br> TECHNOLOGIES CORP., ) <br> ) <br> Proposed Defendant-Intervenor. ) <br> ) | Case No. 1:21-cv-01695-RAH <br> Judge Richard A. Hertling |

## RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, Plaintiff Space Exploration Technologies Corp. ("SpaceX") hereby states that SpaceX has no corporate parent and no publicly-held corporation owns 10% or more of SpaceX's outstanding common stock.

Dated:  August 16, 2021    Respectfully submitted,

*Of Counsel:*              ARNOLD & PORTER KAYE SCHOLER LLP
Mark D. Colley
Nathaniel E. Castellano    /s/ Kara L. Daniels
Thomas A. Pettit           Kara L. Daniels
Aime JH Joo                Arnold & Porter Kaye Scholer LLP
Arnold & Porter Kaye Scholer LLP    601 Massachusetts Ave., N.W.
601 Massachusetts Ave., N.W.        Washington, D.C. 20001
Washington, D.C. 20001              Phone:  (202) 942-5768
                                    Fax:  (202) 942-5999
                                    *Attorney of Record for Space Exploration Technologies Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2021, I caused a true and correct copy of the foregoing Rule 7.1(a) Disclosure Statement to be served by electronic delivery on:

Scott E. Pickens
Barnes & Thornburg, LLP (DC)
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC 20006-4623
(202) 371-6349
Fax: (202) 289-1330
Email: scott.pickens@btlaw.com

*Counsel for Plaintiff*

Anthony Francis Schiavetti
U.S. Department of Justice - Civil Division
P. O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-7572
Fax: (202) 307-0972
Email: anthony.f.schiavetti@usdoj.gov

*Counsel for Defendant*

/s/  Kara L. Daniels