# In the United States Court of Federal Claims

No. 21-1695C
Filed: August 17, 2021

---

BLUE ORIGIN FEDERATION, LLC,

    *Plaintiff,*

v.

UNITED STATES,

    *Defendant*

and

SPACE EXPLORATION TECHNOLOGIES CORP.,

    *Defendant-Intervenor.*

---

## ORDER

The parties are directed to file a joint status report reflecting a proposed schedule for further proceedings in this case by **August 19, 2021** at 2:00pm EDT. If the parties are unable to reach agreement on a proposed schedule, the parties should indicate their disagreement in the joint status report.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**