# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | | |
|---|---|---|
| BLUE ORIGIN FEDERATION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 21-1695C |
| | ) | (Judge Richard A. Hertling) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated August 17, 2021 (ECF No. 21), the parties have conferred, and jointly and respectfully file the following status report proposing the schedule reflected below for further proceedings in this case.

| Action | Date |
|---|---|
| United States Files Administrative Record | August 27, 2021 |
| Blue Origin Files Any Motions Regarding Contents of the Administrative Record | September 3, 2021 |
| United States and SpaceX Respond to Any Motions Regarding Contents of the Administrative Record | September 9, 2021 |
| Parties File Cross-Motions for Judgment on the Administrative Record | September 24, 2021 |
| Parties File Replies in Support of Cross-Motions on the Administrative Record | October 6, 2021 |
| | |
| NASA Voluntary Stay of Performance Expires | November 1, 2021 |

The parties respectfully request that the Court schedule oral argument at a time that the Court deems appropriate.

<table>
<tr><td>

s/ Scott E. Pickens
Scott E. Pickens
Barnes & Thornburg LLP
1717 Pennsylvania Ave., NW, Suite 500
Washington, DC  20006-4623
Phone: (202) 371-6349
Email: Scott.Pickens@btlaw.com

*Attorney of Record for Plaintiff*
*Blue Origin Federation, LLC*

Of Counsel For Plaintiff:

Scott N. Godes
Barnes & Thornburg LLP
1717 Pennsylvania Ave., NW, Suite 500
Washington, DC  20006-4623
Phone: (202) 408-6928
Email: Scott.Godes@btlaw.com

Matthew J. Michaels
Barnes & Thornburg LLP
1717 Pennsylvania Ave., NW, Suite 500
Washington, DC  20006-4623
Phone: (214) 566-3167
Email: Matthew.Michaels@btlaw.com

</td><td>

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARTIN F. HOCKEY, JR.
Acting Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Assistant Director

s/ Anthony F. Schiavetti
ANTHONY F. SCHIAVETTI
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7572
 Fax: (202) 305-1571
anthony.f.schiavetti@usdoj.gov

*Attorneys for Defendant*

Of Counsel for Defendant:

ALLISON M. GENCO
BRIAN M. STANFORD
Senior Attorney Advisors
NASA Office of the General Counsel


s/ Kara L. Daniels
Kara L. Daniels
Arnold & Porter Kay Scholer LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Tel: (202) 942-5768
Fax: (202) 842-5999

*Attorney of Record for Defendant-Intervenor*
*Space Exploration Technologies Corp.*

</td></tr>
</table>

Of Counsel for Defendant-Intervenor*:*

Mark D. Colley
Nathaniel E. Castellano
Thomas A. Pettit
Aime JH Joo
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001

Dated: August 19, 2021