# In the United States Court of Federal Claims

No. 21-1695C
Filed: August 19, 2021

| | |
|---|---|
| **BLUE ORIGIN FEDERATION, LLC,**  *Plaintiff,*  v.  **UNITED STATES,**  *Defendant,*  and  **SPACE EXPLORATION TECHNOLOGIES CORP.,**  *Defendant-Intervenor*. | |

**ORDER**

On August 19, 2021, the parties filed a Joint Status Report (ECF 22). The Court adopts the schedule proposed by the parties as follows:

| | |
|---|---|
| **August 27, 2021** | The defendant shall file the administrative record; |
| **September 3, 2021** | The plaintiff shall file any motion regarding the contents of the administrative record; |
| **September 9, 2021** | The defendant and defendant-intervenor shall file their responses to any motion by the plaintiff regarding the administrative record; |
| **September 24, 2021** | The parties shall file cross-motions for judgment on the administrative record; |
| **October 6, 2021** | The parties shall file replies in support of their cross-motions for judgment on the administrative record; |
| **November 1, 2021** | The defendant's voluntary stay of performance shall expire. |

The Court will hold oral argument on the cross-motions for judgment on the administrative record on **October 14, 2021**, at **9:30 a.m. EDT**.  The Court will consult with the parties at a later date regarding location or medium for the argument.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**
