# In the United States Court of Federal Claims

No. 21-1695C

Filed: August 27, 2021

| | |
|---|---|
| **BLUE ORIGIN FEDERATION, LLC,**  *Plaintiff,*  v.  **UNITED STATES,**  *Defendant*. | |

## ORDER

The defendant has filed an unopposed motion (ECF 26) for leave to file the administrative record on a series of DVDs and to amend the schedule to allow it to file the administrative record on September 3, 2021 instead of August 27, 2021, as required by the current scheduling order (ECF 23).  For good cause shown, the motion is **GRANTED**.  The defendant may file the administrative record on a series of DVDs by **September 3, 2021**.  The remainder of the current scheduling order remains in force.

The Court notes the representation that the administrative record is unusually voluminous.  As a result, the Court **DIRECTS** that each party shall provide to the Court at the time it files its motion for judgment on the administrative record two hard copies of every document from the administrative record cited in the party's brief.  The copies shall include the entire document, even if a party cites only to a portion of that document.  The Court will contact the parties before the motions for judgment on the administrative record are due to arrange for the format and delivery of the courtesy hard copies of record citations.  The party providing the courtesy copies will not have to file them through the Court's electronic case filing system, because the documents will have been drawn from the administrative record already filed in accordance with this order.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**