# In the United States Court of Federal Claims

No. 21-1695C
Filed: August 27, 2021

BLUE ORIGIN FEDERATION, LLC,

       *Plaintiff,*

v.

UNITED STATES,

       *Defendant,*

*and*

SPACE EXPLORATION
TECHNOLOGIES
CORP.,

       *Defendant-Intervenor*.

## ORDER

On August 27, 2021, the plaintiff filed a motion to amend schedule (ECF 28).   For good cause shown, the motion is **GRANTED**.  The Court adopts the amended schedule proposed by the plaintiff as follows:

| | |
|---|---|
| **September 3,2021** | The defendant shall file the administrative record; |
| **September 10, 2021** | The plaintiff shall file any motion regarding the contents of the administrative record; |
| **September 16, 2021** | The defendant and defendant-intervenor shall file their responses to any motion by the plaintiff regarding the administrative record; |
| **October 1, 2021** | The parties shall file cross-motions for judgment on the administrative record; |
| **October 13, 2021** | The parties shall file replies in support of their cross-motions for judgment on the administrative record. |

The Court will hold oral argument on the cross-motions for judgment on the administrative record on **October 21, 2021**, at **9:30 a.m. EDT**.  The Court will consult with the parties at a later date regarding location or medium for the argument.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**

2