IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| BLUE ORIGIN FEDERATION, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | No. 21-1695C |
| ) | (Judge Richard A. Hertling) |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| SPACE EXPLORATION TECHNOLOGIES ) | |
| CORP., ) | |
| ) | |
| Defendant-Intervenor. ) | |

**DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE RECORD**

Pursuant to Appendix C, paragraph 21, of the Rules of the United States Court of Federal Claims and the Court's orders of August 27, 2021 (ECF Nos. 27 and 30), and September 7, 2021, defendant, the United States, hereby provides notice that it is filing, under seal, the administrative record of the proceedings in the above-captioned bid protest using a series of six Digital Versatile Discs (DVDs). The United States is providing copies of the DVDs, via courier, to counsel for plaintiff, Blue Origin Federation, LLC, and counsel for defendant-intervenor, Space Exploration Technologies Corp.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARTIN F. HOCKEY, JR.
Acting Director

|  |  |
|---|---|
| | s/ Douglas K. Mickle |
| | DOUGLAS K. MICKLE |
| OF COUNSEL: | Assistant Director |
| | |
| ALLISON M. GENCO | s/ Anthony F. Schiavetti |
| BRIAN M. STANFORD | ANTHONY F. SCHIAVETTI |
| Senior Attorney Advisors | Senior Trial Counsel |
| NASA Office of the General Counsel | U.S. Department of Justice |
| | Civil Division |
| | Commercial Litigation Branch |
| | PO Box 480, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel: (202) 305-7572 |
| | Fax: (202) 305-1571 |
| | anthony.f.schiavetti@usdoj.gov |
| | |
| September 7, 2021 | Attorneys for Defendant |