# In the United States Court of Federal Claims

No. 21-1695C
Filed: September 9, 2021

**BLUE ORIGIN FEDERATION, LLC,**

    *Plaintiff*,

v.

**UNITED STATES,**

    *Defendant*.

## ORDER

The Court will hold oral argument via teleconference on the plaintiff's motion to unseal document (ECF 33) on **September 13, 2021, at 2:00 p.m. EDT**. The Court will circulate the dial-in information.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**