# In the United States Court of Federal Claims

No. 21-1695C
Filed: September 13, 2021

**BLUE ORIGIN FEDERATION, LLC,**

*Plaintiff*,

v.

**UNITED STATES,**

*Defendant*.

### ORDER

The Court will hold oral argument on the plaintiff's motion to complete the administrative record (ECF 37) on **September 21, 2021, at 9:30 a.m. EDT**. The proceeding will be sealed.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**