# In the United States Court of Federal Claims

No. 21-1695C
Filed: September 20, 2021

| | |
|---|---|
| **BLUE ORIGIN FEDERATION, LLC,** | |
| *Plaintiff*, | |
| v. | |
| **UNITED STATES,** | |
| *Defendant*. | |

## ORDER

     The plaintiff has filed a motion to resolve the remaining two disputed redactions to the unsealed complaint (ECF 43).  This motion follows on the plaintiff's initial motion (ECF 33) to unseal the redacted complaint and the argument on that motion on September 13, 2021.

     The Court will hear argument on the new motion (ECF 44) tomorrow during the argument previously scheduled on the plaintiff's motion to complete the administrative record (ECF 37).

     Neither the defendant nor the defendant-intervenor shall file any written response or opposition to the plaintiff's motion (ECF 43).  They should be prepared to address the items identified in the plaintiff's motion during the argument tomorrow.

     It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**