## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| BLUE ORIGIN FEDERATION, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) Case No. 1:21-cv-01695-RAH |
| Defendant, | ) Judge Richard A. Hertling |
| and | ) |
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) |
| Defendant-Intervenor. | ) |

## DEFENDANT-INTERVENOR'S UNOPPOSED MOTION
## FOR LEAVE TO EXCEED PAGE LIMIT

Defendant-Intervenor Space Exploration Technologies Corp. ("SpaceX") respectfully moves for leave to exceed the 50 page limit set in Rule 5.4(b)(1) of the Rules of the Court of Federal Claims for its Cross-Motion for Judgment on the Administrative Record. Specifically, in line with the revised page limit the Court recently granted Plaintiff Blue Origin Federation, LLC (*see* September 30, 2021 Order), SpaceX requests that the Court grant this motion for leave not to exceed 85 pages for SpaceX's Cross Motion for Judgment on the Administrative Record. Prior to making this request, counsel for SpaceX conferred with counsel for Plaintiff and Defendant, and neither object to this request.

Good cause exists to grant this motion to exceed the page limit here. Plaintiff's lengthy complaint has five separate counts, several of which contain multiple allegations. Given the technical complexity of the underlying procurement, the number of facts to be clarified, and the

legal issues, both procedural and substantive, to be addressed, SpaceX seeks leave, consistent with Plaintiff's request, to file a cross-motion for judgment on the administrative record not to exceed 85 pages.

Dated:   September 30, 2021

*Of Counsel:*

Mark D. Colley
Nathaniel E. Castellano
Thomas A. Pettit
Aime JH Joo
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Kara L. Daniels
Kara L. Daniels
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Phone:  (202) 942-5768
Fax:  (202) 942-5999

*Attorney of Record for Space Exploration Technologies Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2021, I caused a true and correct copy of the foregoing Motion for Leave to be served by electronic delivery on:

Scott E. Pickens
Barnes & Thornburg, LLP (DC)
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC 20006-4623
(202) 371-6349
Fax: (202) 289-1330
Email: scott.pickens@btlaw.com

*Counsel for Plaintiff*

Anthony Francis Schiavetti
U.S. Department of Justice - Civil Division
P. O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-7572
Fax: (202) 307-0972
Email: anthony.f.schiavetti@usdoj.gov

*Counsel for Defendant*

/s/ Kara L. Daniels