# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| BLUE ORIGIN FEDERATION, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | No. 21-1695C |
| ) | (Judge Richard A. Hertling) |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| SPACE EXPLORATION TECHNOLOGIES ) | |
| CORP., ) | |
| ) | |
| Defendant-Intervenor. ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant it leave to exceed the page limit set by Rule 5.4, and file a brief not to exceed 85 pages in support of its combined motion to dismiss and cross-motion for judgment on the administrative record, to be filed no later than October 1, 2021.  Counsel for plaintiff, Blue Origin Federation, LLC (Blue Origin), and counsel for defendant-intervenor, Space Exploration Technologies Corp. (SpaceX), have indicated that they do not oppose this motion.

Good cause exists to grant the requested relief.  Blue Origin's complaint is lengthy and contains five separate counts, with 175 paragraphs of allegations in total.  Moreover, the procurement at issue is technically complex, and the administrative record is extremely voluminous, with over 135,000 pages and over 1,750 separate documents.  Additional pages are needed to fully address all of the issues raised in Blue Origin's complaint.  Although we do not

expect our brief to quite require 85 pages, in light of the Court having already granted leave to Blue Origin and SpaceX to file briefs of up to 85 pages, we respectfully request that the Court apply that same limitation to the United States as well.

For these reasons, we respectfully request that the Court grant our motion for leave to file a brief not to exceed 85 pages.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
|  | MARTIN F. HOCKEY, JR.<br>Acting Director |
|  | s/ Douglas K. Mickle<br>DOUGLAS K. MICKLE |
| OF COUNSEL: | Assistant Director |
| ALLISON M. GENCO<br>BRIAN M. STANFORD<br>Senior Attorney Advisors<br>NASA Office of the General Counsel | s/ Anthony F. Schiavetti<br>ANTHONY F. SCHIAVETTI<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-7572<br>Fax: (202) 305-1571<br>anthony.f.schiavetti@usdoj.gov |
| September 30, 2021 | Attorneys for Defendant |