IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| BLUE ORIGIN FEDERATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Defendant-Intervenor. | Case No. 1:21-cv-01695-RAH <br> Judge Richard A. Hertling |

**DEFENDANT-INTERVENOR'S UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMIT**

Defendant-Intervenor Space Exploration Technologies Corp. ("SpaceX") respectfully moves for leave to exceed the 30 page limit set in Rule 5.4(b)(2) of the Rules of the Court of Federal Claims for its Reply In Support of Its Cross-Motion for Judgment on the Administrative Record and Response to Plaintiff's Cross-Motion for Judgment on the Administrative Record ("Reply and Response"). Specifically, in line with the revised page limit the Court granted Plaintiff (*see* order dated October 6, 2021), SpaceX requests that the Court grant this motion for leave not to exceed 60 pages for SpaceX's Reply and Response. Prior to making this request, counsel for SpaceX conferred with counsel for Plaintiff and Defendant, and neither object to this request.

Good cause exists to grant this motion to exceed the page limit here. Plaintiff's lengthy Cross-Motion for Judgment on the Administrative Record—totaling 130 pages including extra-

record declarations—presents several new arguments and positions not fully set forth in its Complaint. Given the volume of the relevant record documents, the number of facts to be clarified, and the legal issues—both procedural and substantive—to be addressed, SpaceX seeks leave to file a Reply and Response not to exceed 60 pages.

Dated:   October 12, 2021                           Respectfully submitted,

                                                    ARNOLD & PORTER KAYE SCHOLER LLP

*Of Counsel:*
                                                    /s/ Kara L. Daniels
Mark D. Colley                                      Kara L. Daniels
Nathaniel E. Castellano                             Arnold & Porter Kaye Scholer LLP
Thomas A. Pettit                                    601 Massachusetts Ave., N.W.
Aime JH Joo                                         Washington, D.C. 20001
Arnold & Porter Kaye Scholer LLP                    Phone:  (202) 942-5768
601 Massachusetts Ave., N.W.                        Fax:  (202) 942-5999
Washington, D.C. 20001

                                                    *Attorney of Record for Space Exploration Technologies Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2021, I caused a true and correct copy of the foregoing Motion for Leave to be served by electronic delivery on:

Scott E. Pickens
Barnes & Thornburg, LLP (DC)
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC 20006-4623
(202) 371-6349
Fax: (202) 289-1330
Email: scott.pickens@btlaw.com

*Counsel for Plaintiff*


Anthony Francis Schiavetti
U.S. Department of Justice - Civil Division
P. O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-7572
Fax: (202) 307-0972
Email: anthony.f.schiavetti@usdoj.gov

*Counsel for Defendant*


/s/  Kara L. Daniels