**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| BLUE ORIGIN FEDERATION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 21-1695C |
| | ) | (Judge Richard A. Hertling) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SPACE EXPLORATION TECHNOLOGIES | ) | |
| CORP., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims,

defendant, the United States, respectfully requests that the Court grant it leave to exceed the page

limit set by Rule 5.4, and file a brief not to exceed 60 pages in support of its response to the

cross-motion for judgment on the administrative record filed by plaintiff, Blue Origin Federation,

LLC (Blue Origin), and reply in support of our combined motion to dismiss and cross-motion for

judgment on the administrative record, to be filed no later than October 13, 2021.  Counsel for

Blue Origin and counsel for defendant-intervenor, Space Exploration Technologies Corp.

(SpaceX), have indicated that they do not oppose this motion.

Good cause exists to grant the requested relief.  Blue Origin's cross-motion for judgment

on the administrative record is lengthy, totaling 78 pages, and attaches declarations totaling over

40 additional pages.  Moreover, the procurement at issue is technically complex, and the

administrative record is extremely voluminous, with over 135,000 pages and over 1,750 separate

documents.  Additional pages are needed to fully address all of the issues raised in Blue Origin's

cross-motion.  Although we do not expect our brief to quite require 60 pages, in light of the

Court having already granted leave to Blue Origin and SpaceX to file briefs of up to 60 pages,

we respectfully request that the Court apply that same limitation to the United States as well.

For these reasons, we respectfully request that the Court grant our motion for leave to file

a brief not to exceed 60 pages in support of our response to Blue Origin's cross-motion for

judgment on the administrative record and reply in support of our combined motion to dismiss

and cross-motion for judgment on the administrative record.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARTIN F. HOCKEY, JR.
Acting Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
OF COUNSEL:                        Assistant Director

ALLISON M. GENCO                   s/ Anthony F. Schiavetti
BRIAN M. STANFORD                  ANTHONY F. SCHIAVETTI
Senior Attorney Advisors           Senior Trial Counsel
NASA Office of the General Counsel U.S. Department of Justice
                                   Civil Division
                                   Commercial Litigation Branch
                                   PO Box 480, Ben Franklin Station
                                   Washington, D.C. 20044
                                   Tel: (202) 305-7572
                                   Fax: (202) 305-1571
                                   anthony.f.schiavetti@usdoj.gov

October 12, 2021                   Attorneys for Defendant