# In the United States Court of Federal Claims

No. 21-1695C
Filed: October 13, 2021

**BLUE ORIGIN FEDERATION, LLC,**

    *Plaintiff,*

**v.**

**UNITED STATES,**

    *Defendant*,

**and**

**SPACE EXPLORATION TECHNOLOGIES CORP.,**

    *Defendant–Intervenor*.

## ORDER

The Court will hold a sealed, telephonic status conference on **October 14, 2021, at 2:30 p.m. EDT**.  The Court will circulate the dial-in information.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**