# In the United States Court of Federal Claims

No. 21-1695C
(Filed: November 4, 2021)

BLUE ORIGIN FEDERATION, LLC

    Plaintiff

v                                                                                          JUDGMENT

THE UNITED STATES

    Defendant

and

SPACE EXPLORATION
TECHNOLOGIES CORP.

    Defendant-Intervenor

    Pursuant to the court's Memorandum Opinion and [separate] Order, filed November 4, 2021, granting defendant's motion to dismiss, and granting defendant's and defendant-intervenor's motions for judgment on the administrative record and denying plaintiff's motion for judgment on the administrative record,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant and defendant-intervenor.   No costs are awarded.

                                              Lisa L. Reyes
                                              Clerk of Court

                                              By: s/Anthony Curry

                                              Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.