**REDACTED VERSION**

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| BLUE ORIGIN FEDERATION, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> SPACE EXPLORATION ) <br> TECHNOLOGIES CORP., ) <br> ) <br> Defendant-Intervenor. ) <br> ) | Case No. 1:21-cv-01695-RAH <br> Judge Richard A. Hertling |

## DEFENDANT-INTERVENOR'S MOTION TO STRIKE THE DECLARATION OF DR. ALAN WILHITE AND THE DECLARATIONS OF BLUE ORIGIN'S EXECUTIVES, AND THE STATEMENTS IN PLAINTIFF'S CROSS MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD RELYING THEREON

Defendant-Intervenor Space Exploration Technologies Corp. ("SpaceX") respectfully moves this Court to strike the declarations of Dr. Alan W Wilhite, Robert H. Smith, and Brent Sherwood, submitted with the Plaintiff's Cross-Motion for Judgment on the Administrative Record ("MJAR") (ECF 61-1 at A-1 through A-42), and the statements in the Blue Origin Federation, LLC ("Blue Origin") MJAR relying on the inadmissible declaration statements. SpaceX's attached Memorandum of Law explains the bases for the requested relief.

WHEREFORE, SpaceX respectfully requests that the Court grant SpaceX's motion to strike the declarations of Dr. Alan W Wilhite, Robert H. Smith, and Brent Sherwood, submitted with Plaintiff's MJAR, and the statements in Blue Origin's MJAR relying on the inadmissible declaration statements.

| | |
|---|---|
| Dated:   October 13, 2021 | Respectfully submitted, |
| *Of Counsel:* | ARNOLD & PORTER KAYE SCHOLER LLP |
| Mark D. Colley | |
| Nathaniel E. Castellano | /s/ Kara L. Daniels |
| Thomas A. Pettit | Kara L. Daniels |
| Aime JH Joo | Arnold & Porter Kaye Scholer LLP |
| Arnold & Porter Kaye Scholer LLP | 601 Massachusetts Ave., N.W. |
| 601 Massachusetts Ave., N.W. | Washington, D.C. 20001 |
| Washington, D.C. 20001 | Phone:  (202) 942-5768 |
| | Fax:  (202) 942-5999 |
| | *Attorney of Record for Space Exploration Technologies Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2021, I caused a true and correct copy of the foregoing Motion to Strike to be served by electronic delivery on:

Scott E. Pickens
Barnes & Thornburg, LLP (DC)
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC 20006-4623
(202) 371-6349
Fax: (202) 289-1330
Email: scott.pickens@btlaw.com

*Counsel for Plaintiff*

Anthony Francis Schiavetti
U.S. Department of Justice - Civil Division
P. O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-7572
Fax: (202) 307-0972
Email: anthony.f.schiavetti@usdoj.gov

*Counsel for Defendant*